| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>**DAVID LAMBERT, SR.,**<br><br><br>**Debtor** | Case No.:  25-12154 SLM |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,193.80, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   DAVID LAMBERT, SR. - Debtor's Refund
21 WEDGEWOOD DRIVE
WEST ORANGE, NJ  07052

Amount:   $1,193.80

Trustee Claim Number:   0

Reason:   Not Cashing

Dated:  November 17, 2025

By:  /S/  Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE